United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,
Plaintiff,
v.
GIRGIO AMEZQUITA-SOLORZANO,
Defendant.

Case No. 22-cr-00458-EJD-1 (VKD)

**ORDER FOR RELEASE FROM CUSTODY ON NOVEMBER 17, 2026 AND FOR TRANSPORTATION TO U.S. DISTRICT COURT, SAN JOSE DIVISION**

Defendants Giorgio Amezquita-Solorzano appeared before this Court on November 10, 2026. After hearing from the parties, the Court found Mr. Amezquita met his burden under Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a). Accordingly, the Court **orders** that Mr. Amezquita be **released from the custody of the United States Marshal on November 17, 2026, pursuant to the following condition**:

*You must participate in an inpatient program of testing and treatment for drug abuse, as directed by the probation officer, until such time as you are released from treatment by the probation officer. You are to pay part or all of the cost of this treatment, at an amount not to exceed the cost of treatment, as deemed appropriate by the probation officer. Payments must never exceed the total cost of urinalysis and counseling. The actual co-payment schedule must be determined by the probation officer.*

Mr. Amezquita is currently in pretrial detention at Taft Community Correctional Facility (“Taft”). The Court **orders** the staff at Taft to **transport Mr. Amezquita on November 17, 2026 to the U.S. Marshals Office** located at 280 South First Street, San Jose, California, 95113. Upon arrival, the Court further **orders** Mr. Amezquita to **report directly to New Bridge Foundation**,

located at 2323 Hearst Ave, Berkeley, California 94709, by **2:00 p.m**. **on November 17, 2026**, to begin residential treatment.

Mr. Amezquita must continue to comply with all terms of supervised release.

**IT IS SO ORDERED.**

Dated: November 13, 2026

VIRGINIA K. DEMARCHI
United States Magistrate Judge

United States District Court
Northern District of California